**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorneys for Plaintiff*,
Miguel Sepulveda Sr.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SEPULVEDA SR., <br><br> Plaintiff, <br><br> v. <br><br> AMERIMARK DIRECT, LLC, FIRST SAVINGS CREDIT CARD, ARMY AND AIR FORCE EXCHANGE SERVICE, and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No.: 19-CV-00585-L-AGS <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, AS TO ONLY DEFENDANT FIRST SAVINGS CREDIT CARD PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)** |

///

///

///

///

///

---

**NOTICE OF VOLUNTARY DISMISSAL**                                           PAGE 1 OF 2

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff MIGUEL SEPULVEDA SR. ("Plaintiff") hereby voluntarily dismisses Defendant FIRST SAVINGS CREDIT CARD ("FSCC") from the above-captioned action, without prejudice. As grounds therefore, Plaintiff states that FSCC has not filed an answer or a motion for summary judgment in this action.

Respectfully submitted,

Dated: April 24, 2019                                        C.O. LAW, APC

                                                             By: /s/ Clark Ovruchesky
                                                                 CLARK OVRUCHESKY, ESQ.
                                                                 ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is C.O. LAW, APC, 2404 Broadway, Suite 150, San Diego, CA 92102. On April 24, 2019, I served the within document(s):

- **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, AS TO ONLY DEFENDANT FIRST SAVINGS CREDIT CARD PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)**

☒   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on April 24, 2019, in San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE